IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GLENN ROBINSON, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 04 - 785 |
| | ) | |
| v. | ) | |
| | ) | Judge Joy Flowers Conti / |
| JOHN DOE #1; JOHN DOE #2; | ) | Magistrate Judge Lisa Pupo Lenihan |
| JOHN DOE #3; JOHN DOE #4; | ) | |
| JANE DOE #1; and JANE DOE #2, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On June 16, 2004, this Court granted Plaintiff's Motion to Proceed in Forma Pauperis and ordered the Clerk of Court to file the Complaint in the above-captioned case. The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings on May 24, 2004, in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Doc. No. 9), filed on July 27, 2005, recommended that the Complaint in this case be dismissed based upon Plaintiff's failure to prosecute this action. Service was made at SCI-Camp Hill, P.O. Box 200, Camp Hill, PA 17001. The parties were advised they were allowed ten (10) days from the date of service to file written objections to the report and recommendation. No objections have been filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 17th day of November, 2005;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 9) of Magistrate Judge Lenihan, dated July 27, 2005, is adopted as the opinion of the court.

Dated:  November 17, 2005

By the Court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:     Lisa Pupo Lenihan
        United States Magistrate Judge

        Ronald Glenn Robinson, AP-7260
        SCI-Camp Hill
        P.O. Box 200
        Camp Hill, PA 17001